UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HICKS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>M. V. SEXTON, et al.,<br><br>　　　　Defendants. | 1:18-cv-00764-LJO-GSA-PC<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO CHANGE FILING DATE OF COMPLAINT**<br>**(ECF No. 15.)** |

　　　　Michael J. Hicks ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On June 5, 2018, Plaintiff filed the Complaint commencing this action. (ECF No. 1.)

　　　　On August 20, 2018, Plaintiff filed a request for the court to change the filing date of the Complaint because he did not exhaust his administrative remedies until July 13, 2018. (ECF No. 8.) The court finds no good cause to grant this request.

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's request, filed on August 20, 2018, is DENIED.

IT IS SO ORDERED.

　　Dated: __**August 21, 2018**__　　　　　　__/s/ Gary S. Austin__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE